**2UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

David Goodykoontz,

Plaintiff,

v. Case No. 2:25-cv-1079

State of Ohio, *et al.*,

Defendants.

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 4, 2026 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 13) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 13) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Plaintiff's third amended complaint is **DISMISSED with prejudice** for failure to comply with the Magistrate Judge's June 9, 2026 Deficiency Order and the Federal Rules of Civil Procedure. This Court **CERTIFIES** that pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of any order adopting this Report and Recommendation would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

*s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court